JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SORENSEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FLUKE ELECTRONICS CORPORATION, a Delaware corporation; PLS PACIFIC LASER SYSTEMS LLC, a California LLC; MATTHEW LOGUE, and individual; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:19-cv-09002 MWF (RAOx)<br><br>**ORDER GRANTING STIPULATION DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: August 16, 2019<br>Trial Date:　　　None<br>District Judge:　Hon. Michael A. Fitzgerald<br>　　　　　　　　Courtroom 5A, First St.<br>Magistrate Judge: Hon. Rozella A. Oliver<br>　　　　　　　　Courtroom 590, Roybal |

**TO ALL PARTIES AND THERE ATTORNEYS OF RECORD:**

The Court, having read and considered the Stipulation to Dismiss Action with Prejudice, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-captioned lawsuit be dismissed with prejudice and without costs or fees to either party.

**IT IS SO ORDERED.**

Dated: January 30, 2020

_____
Hon. Michael A. Fitzgerald
United States District Court
District Court Judge

41626333.1